# United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **LM021013** | **Medina** | **M7261** |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| **6/26/2016 02:06** | **RCW 46.61.140** |

Place of Offense

LINCOLN BLVD and BARNES BLVD

Offense Description: Factual Basis for Charge           HAZMAT ☐

**Improper Lane Usage**

LM021013

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| **SANCHEZ** | **PABLO** | |

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

Forfeiture Amount

$30.00 Processing Fee

**PAY THIS AMOUNT -->**    **Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)           Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/26/2016, while exercising my duties as a law enforcement officer in the Western District of Washington.

AT THE ABOVE LOCATION AND TIME, I WAS ON PATROL AND AT THE INTERSECTION OF LINCOLN BLVD AND BARNES BLVD, FACING EAST, AND WAITING FOR THE GREEN LIGHT. WHEN I OBSERVED A WHITE IN COLOR CHEVROLET IMPALA WA/ AWS3413, OPERATED BY THE LISTED DRIVER, MADE A RIGHT TURN FROM BARNES BLVD ONTO LINCOLN BLVD, AS THE VEHICLE WAS TURNING IT FAILED TO STRAIGHTEN WITHIN THE LANE AND NEARLY STRUCK THE 6 INCH CURB ON THE RIGHT SHOULDER, VEHICLE ABRUPTLY CORRECTED ITS COURSE. LISTED VEHICLE PROCEEDED EAST ON LINCOLN BLVD DRIFTING TO THE LEFT ONTO THE CENTER LINE THEN BACK INTO THE EAST BOUND LANE. AS THE VEHICLE APPROACHED THE INTERSECTION LINCOLN BLVD AND OUTER DR. IT MADE AN ABRUPT STOP CROSSING THE STOP LINE AND PASSING THE STOP SIGN, AS THE VEHICLE TURNED RIGHT ONTO OUTER DR. IT DRIFTED ACROSS THE CENTER LINE AND STRADDLED THE CENTER LINE AS IT DRIFTED BACK INTO THE SOUTH BOUND LANE OF TRAVEL. A TRAFFIC STOP WAS INITIATED AND UPON CONTACT WITH THE LISTED DRIVER, A STRONG ODOR OF AN ALCOHOLIC BEVERAGE WAS DETECTED EMITTING FROM HIS PERSON. SANCHEZ VOLUNTARILY SUBMITTED TO SFST'S, WHICH SHOWED SIGNS OF IMPAIRMENT. SANCHEZ DECLINED TO SUBMIT TO A PBT. SANCHEZ WAS APPREHENDED, ADVISED OF HIS RIGHTS AND TRANSPORTED TO THE STATION WHERE HE WAS ADVISED OF HIS RIGHTS WHICH HE WAIVED. SANCHEZ WAS READ THE IMPLIED CONSENT FOR BREATH WHICH HE ACKNOWLEDGED UNDERSTANDING, AND SUBMITTED TO A BAC WITH THE RESULTS OF (.177/.150). VEHICLE WAS IMPOUNDED BY EMERALD TOWING.

The foregoing statement is based upon:

[x] my personal observation   [ ] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  6/26/2016        *[signature]*
              Date(mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date(mm/dd/yyyy)   U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.